UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY TROVER GAMACHE, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:10CV2273 CDP |
| UNKNOWN, | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

This matter is before the Court on its initial review of plaintiff's pro se complaint and application for leave to proceed in forma pauperis. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. See 28 U.S.C. § 1915(e)(2)(B).

Plaintiff, a resident of St. Charles, Missouri, appears to be claiming that unknown persons are attempting to control his mind through electronic monitoring and/or hallucinogenic substances. Plaintiff refers to this practice as "electronic harassment." Plaintiff has not named a defendant in this action, instead, he is requesting that the Court to find out who is attempting to exert the mind control and stop them from doing so.

Complaints that describe fantastic or delusional scenarios or contain "fanciful factual allegation[s]" are subject to dismissal under 28 U.S.C. § 1915(e)(2).  Neitzke v. Williams, 490 U.S. 319, 325 (1989); see also, Denton v. Hernandez, 504 U.S. 25, 32-33 (1992).  This complaint qualifies for such treatment and, thus, will be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall not issue process or cause process to issue upon the complaint because the complaint is frivolous.

An appropriate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 15th day of December, 2010.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE